UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LIBERATO VENTURA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:18-CV-02659-X |
| PROFESSIONAL FRAME AND HOME; | § | |
| and WILLIAM LINARES, | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

By separate order, the Court has granted plaintiff Liberato Ventura's motion for default judgment on all claims against defendants Professional Frame and Home and William Linares. Therefore, the Court orders that the defendants pay Venutra the amount due under the Fair Labor Standards Act, a total of $58,016.00.[1] As stated in the order granting Ventura's motion, under the Fair Labor Standards Act the defendants shall also pay Ventura's reasonable attorney's fees and costs, the amount of which will be determined in an upcoming motion.

All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 18th day of December, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] This amount includes Ventura's actual damages and liquidated damages for his entire employment at Professional Frame and Home.